**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BENNIE R. WILSON,             No. CIV S-09-2667-MCE-CMK-P

         Plaintiff,

    vs.                    <u>ORDER</u>

N. MERCADO,

         Defendant.

_____/

         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

         On May 7, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed May 7, 2010, are adopted in full;

2.      Dickinson is dismissed as a defendant to this action; and

3.      The Clerk of the Court is directed to update the docket to reflect that N. Mercado is the only defendant to this action.

Dated:  July 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE